

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-18-00332-CV

---

IN THE INTEREST OF T.J.B.-T., A CHILD

---

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2017-526,502, Honorable Ruben Gonzales Reyes, Presiding

---

October 3, 2018

## MEMORANDUM OPINION

### Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant Kory Thiel filed a notice of appeal without paying the filing fee. *See* TEX. R. APP. P. 5, 20.1. By letter of September 14, 2018, we notified Thiel that the filing fee had not been paid and that the appeal was subject to dismissal if he failed to pay the fee, or comply with Appellate Rule 20.1, by September 24. *See* TEX. R. APP. P. 20.1, 42.3(c).

Thiel did not pay the filing fee. Instead, he filed a motion to voluntarily dismiss the appeal pursuant to Appellate Rule 42.1. *See* TEX. R. APP. P. 42.1. The Rules of Appellate Procedure require a party who is not excused by law from paying costs to pay the required fees. *See* TEX. R. APP. P. 5. Accordingly, the appeal is dismissed because of Thiel's

failure to comply with a requirement of the appellate rules and by virtue of his voluntary dismissal. *See* TEX. R. APP. P. 42.3(c), 42.1(a)(1).

Per Curiam